David R. Lorson *v.* Bastress Township and Bastress Township Zoning Hearing Board. Bastress Township, Appellant.

Argued September 13, 1979, before Judges MENCER, DISALLE and MACPHAIL, sitting as a panel of three.

> *John A. Felix,* with him *Fine, Eisenbeis, Felix & Burchanowski,* for appellant.

*Robert C. Wise,* for appellee.

OPINION BY JUDGE MACPHAIL, October 18, 1979:

This is an appeal from an opinion and order of the Honorable THOMAS C. RAUP of the Court of Common Pleas of Lycoming County, which reversed the Zoning

Hearing Board of Bastress Township and ordered that David R. Lorson's Zoning Application be granted.

Having carefully reviewed the record in this case, we are convinced that Judge RAUP has ably dealt with the issues and reached the correct conclusion. We will, therefore, affirm based on Judge RAUP's opinion, which can be found at Docket No. 77-4477 of the Court of Common Pleas of Lycoming County, Civil Division, filed August 8, 1978.

Accordingly, we enter the following

ORDER

AND Now, this 18th day of October, 1979, the order of the Court of Common Pleas of Lycoming County dated August 8, 1978, is hereby affirmed.